IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | CRIMINAL ACTION NO.:  3:04CR-98-1-J |
| WILLIAM FREEMAN | DEFENDANT |

# **O R D E R**

This case was called in open Court on April 18, 2005 for a Change of Plea.

APPEARANCES:

| | |
|---|---|
| For the United States: | Ms. Jo E. Lawless, Assistant U. S. Attorney |
| For the Defendant: | Mr. Patrick Bouldin, Assistant Federal Public Defender |
| Court Reporter: | Ms. Carola Strijek |

The defendant, WILLIAM FREEMAN, withdrew his previously-entered plea of NOT GUILTY and entered a plea of GUILTY to the charges contained in the Superseding Indictment pursuant to a written Rule 11(c)(1)(C) plea agreement.

After complying with Rule 11, Federal Rules of Criminal Procedure, as is disclosed by the records of the official court reporter, the Court accepted the defendant's plea of guilty.

**IT IS ORDERED**:

1) Sentencing proceedings will be conducted on **July 18, 2005 at 10:00 a.m.**, prevailing local time.

2) The probation officer, defendant and counsel shall promptly confer and establish a plan for compliance with Rule 32(c) of the Federal Rules of Criminal Procedure. In the event they fail to promptly agree on a plan, they shall immediately initiate a joint telephone conference with the Court to resolve their disagreement.

3) The jury trial of April 19, 2005 is REMANDED from the docket.

4) The defendant is remanded to the custody of the United States Marshal pending sentencing.

cc: Counsel
 U. S. Attorney
 U. S. Marshal
 U. S. Probation